RECEIVED
1/8/2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

PC SCAN PC7

FILED
2/7/2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

DJ

PK

1:19-CV-155

JUDGE ALONSO
MAGISTRATE JUDGE WEISMAN

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

LARRY MARTIN

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

City of Chicago.
vs.
Detective;
GARCIA, E.

_____

Case No:_____
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

 ✓  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
 **U.S. Code** (state, county, or municipal defendants)

 **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
 28 SECTION 1331 U.S. Code** (federal defendants)

 **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I.  **Plaintiff(s):**

   A.  Name: Larry Martin

   B.  List all aliases: None

   C.  Prisoner identification number: B58252

   D.  Place of present confinement: Western CC

   E.  Address: 2500 Rt. 99 South Mt. Sterling, IL 62353

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
    (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A.  Defendant: Garcia # Badge No. 13694
       Title: Detective   Beat No. # 4271A
       Place of Employment: 005th District

   B.  Defendant: _____
       Title: _____
       Place of Employment: _____

   C.  Defendant: _____
       Title: _____
       Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2    Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Larry Martin vs. City of Chicago, Case No. 1:15-cv-10131

B. Approximate date of filing lawsuit: 11/16/2015

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: One Larry Martin

D. List all defendants: Cook County, Cook County States Attorney, John Does and Jane Doe for the N

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): United States District Court For the Northern District of Illinois.

F. Name of judge to whom case was assigned: Honorable Joan B. Gottschall

G. Basic claim made: False arrest and retaliation for testifying by deposition on the Chicago Polices

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Dismissed for want of prosecution, case has been ask to be reopen

I. Approximate date of disposition: December 14, 2016

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3    Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On March 14, 2018, on or about 1:30 PM. I do admitte, that I had a warrant for an escape Charge. I were walking down the streets on 54th an Shields, I were going over of one of my friend's house, When the Defendant Det. Garcia, tryed to stop Me, I due admitte that I ran from him, due to me having a warrant for my arrest. When I realize that I couldn't out run the Defendant; I stopped and told him that I give up! Both of us were "Gasping" for air, But When the Defendant got his breath; The Defendant "Hall off and hit Me right in My Ribs." on My left hand Side! The Defendant almost knock Me into the "basement" of this

4                                                                                                                     Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Building that we were Standing by. If I had not grab hole of The Porch that we were Standing by when He hit Me, I would have fail into the basement of the building, causing Much More Serious injuries than He did. The Defendant, Than "Slam" Me to the "Ground," before He Place the Handcuff on Me. Before all of this Place, I had been Stab in my back on My left hand Side about a month early. The impact from the Defendant's Blow, To my "Ribs" Cause My Stab Wound To "Burst," and reopen. I Started bleeding "Seriously" bad. When the Defendant got me to the Police Station, He put "Two" bandages on my Wound to try and "Stop" the bleeding. The Defendant then State to Me, "Thank God! That you didn't fall down Into that "Basement"." When I were talking to the Cook County

5

Revised 9/2007

RELIEF REQUESTED
(State what relief you want from the court.)

Jail, I were seen by a Doctor, Who Clean my wound. When the Doctor were cleaning my wound I can see my "intestines" sticking out. Due to the inpack were just that hard; I had to see a Nurse for a month and a half before my wound hill, getting treatment. It felt like my Ribs were "Fractured" and I were "Urinating" up blood out of my "panis."

I were already in "Custody, and Getting ready to go to Jail for my Warrant. There were "NO" reason for the Desendints action," form of Police Brutality against me.

On May 26, 2018, I wrote a letter to the Chicago Police Headquarter Complainting about what took place on March 14, 2018, But I recieved "NO" respond back from them, See my coy letter to the Chicago Police Headquarter.

6

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

The Plaintiff Prays That This Honorable Court Would Compensate The Plaintiff as He deems necessary and reasonable

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20_____

_Larry Martin_
(Signature of plaintiff or plaintiffs)

Larry Martin
(Print name)

B58252
(I.D. Number)

2500 Rt. 99 South
Mt. Sterling, IL 62353
(Address)

Whit The I.A.D.   5/28/18
                  Patrol
To Chicago Police Headquarters;

PCS
College

I have a complaint against one of your officers. A Detective on Case No. #18-CR0450501. On March 15, 2018, I had a warrant for an escape; in which I ran from the Detective, when he tried to stop me.

But I also stoped and told the Detective that I give-up you got me! Both of us were gasping for air, but when the Detive got his breath, He hall off and Hit! Me right in my "Ribs" Causing My Stab wound to reopen; I were bleeding all over the place. He got me to the Station and put two bandages on my wound to help stop the bleeding.

When he hit me I almost fail into the basement of this building, in which I would have needed serious medical attion. The hit to my ribs reopen my wound, which took a month an a half to rehilled; my ribs were also "flactured;" I were urinanting up blood out of my Panis. Detective Parse said "Think God," I didn't go down into that basement.

I waited untill I left Cook County before I reported this; in fear of retaliation.

                                    Darrell Martin

over

ILLINOIS DEPARTMENT OF CORRECTIONS
Program Sentence Credit (PSC) Goal Statement

Facility: Western Illinois Corr. Cntr.

Ex. 1

Offender Name: Martin, Larry        ID#: B58252

- [x] Adult Basic Education (ABE)
- [ ] Advanced ABE
- [ ] Adult Secondary Education (ASE)
- [ ] College Vocational
- [ ] 2 Year College Degree
- [ ] 4 Year College Degree
- [ ] Contact Hour Vocational / Work Training Program

Goal Period: [x] 45 Instructional Days Attended  [ ] Other (Specify): _____

Absence Policy - Student shall not exceed __15__ days absent during the goal period.

Enrollment Date: 6-4-18   Projected Completion Date: 10-4-18   Completion Date: 8-17-18

---

ABE/Advanced ABE/ASE: Complete if a grade level gain is required:

| | |
|---|---|
| TABE Form/Level: D-9 | TABE Form/Level: D-10 |
| Pre-Test Grade Level: 4.6 | Post Test Grade Level: 6.4 |
| Date Tested: 5-22-18 | Date Tested: 8-22-18 |

Increase achievement level by: [x] 3.4 Grade Level

- [ ] Passing the HSE exam upon receiving credentialed results from GED manager
- [ ] Passing two sections of the HSE
- [ ] Scoring a 10.0 in Math and Reading on the A Level TABE
- [x] Student shall meet the following performance goal(s) (specify): Score a 8.0 or T on TABE.

---

- [ ] Contact Hour Vocational Program/Work Training
- [ ] College Vocational
- [ ] College Academic

Program or Course Number/Name (specify): _____

Successfully complete (check applicable box):
- [ ] _____ number of skills specified on curriculum checklist
- [ ] _____ credit hours
- [ ] _____ credit hours with a grade "C" or above in each subject.

Other (specify): _____

_M. D. Tashe_  6-4-18        _P. Wood_  6/5/18
Instructor/College Coordinator/Program Staff  Date    Educational Facility Administrator  Date

I, the undersigned, hereby agree to the goal statement requirements contained herein in order to receive the additional .50 Program Sentence Credit (PSC) for educational, work training, or vocational program participation. I understand that these goals may be revised during the goal period under certain conditions and failure to achieve these goals shall result in no award of PSC.

I understand that any of the following actions shall result in immediate termination from the program with no award of PSC:

- Removal from the program for disciplinary reasons;
- Exceeding the one-third absence policy or college absence policy, as identified above;
- Voluntarily transferring to another facility; or
- Early termination from the program for other reasons in accordance with Department Rule 107F.

I understand that if I am removed from the program for disciplinary reasons that are later fully reversed or reduced to a minor infraction I may appeal for reconsideration of a PSC award for days attended within six months of the date of the reversal or reduction. In addition, as part of the goal statement requirements, I agree to maintain appropriate classroom behavior and complete classroom assignments to the best of my ability.

I hereby affirm that I have read and understand the requirements necessary to complete the goal statement. I further acknowledge my eligibility for participation in the Program Sentence Credit program as contained in 730 ILCS 5/3-6-3 and if I am not in fact eligible for Program Sentence Credit, I understand that credit earned or awarded shall be revoked.

X _Larry Martin_         B-58252       6-4-18
Offender's Signature
[ ] Offender refused to sign   Initials   Date

Page 1 of 2

ILLINOIS DEPARTMENT OF CORRECTIONS

## Program Sentence Credit (PSC) Goal Statement

Revised Goals:

Date of Revision: _____  Program: _____

Goal Revision: _____
_____
_____
_____

_____  _____  _____
Offender's Signature                        ID#                   Date

_____  _____  _____  _____
Program Staff's Name            Date    Facility Program Administrator's Name   Date

### Goal Evaluation

☐ Award Recommended

  Goal period completed on: _____

  ☐ Goals met
  ☐ Satisfactory progress as evidenced by: _____

Days subject to Program Sentence Credit

  Total days in goal period: _____
  Less days not eligible: _____
  Total days eligible: _____

  ☐ Agency Transfer (Non-disciplinary)     ☐ ATC/E.D.             ☐ In-house transfer
  ☐ Class Close/Interruption               ☐ PC/Security
  ☐ HSE                                    ☐ Other (Explain) _____

☒ Award Not Recommended

  Goal period ended on: __8-17-18__ ; no credit earned

  ☐ Removed for disciplinary reasons       ☐ Transferred          ☐ Quit program
  ☒ Other (Explain) _Failed to reach goal._

DAVID M. CASKO                    *signature*                              8-17-18
Print Name of Instructor/Advisor   Signature of Instructor/Advisor          Date

Print Name of College Coordinator/Program Staff   Signature of College Coordinator/Program Staff   Date

Phil Wood                          *signature*                              8/23/18
Print Name of Facility Program Administrator   Signature of Facility Program Administrator   Date

Page 2 of 2

Distribution: Record Office        *Printed on Recycled Paper*        DOC 0356 (Rev. 7/2017)
              Education File
              Offender (Upon Request)